JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIL BASSILY dba L.A. PERFUME PLUS, individually<br><br>Plaintiff,<br><br>Vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. CV 13-3285-MWF(CWx)<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

The Court has reviewed the Stipulation for Dismissal of Plaintiff's Complaint With Prejudice executed and filed on behalf of plaintiff Nabil Bassily dba L.A. Perfume Plus and defendant Travelers Casualty Insurance Company of America. The Court hereby determines there is good cause for the dismissal in view of the settlement described in the Stipulation.

//
//
//
//
//

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** the
2  operative Complaint of Nabil Bassily dba L.A. Perfume Plus is dismissed with
3  prejudice as to all defendants including Travelers Casualty Insurance Company of
4  America, and each party shall bear his or its own costs of suit including attorney's
5  fees related to this action.

Dated: April 9, 2014    By: _____
                        Hon. Michael W. Fitzgerald
                        United States District Court